UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAZERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.,<br><br>    Defendant. | Case No. 4:18-cv-05563-JSW (KAW)<br><br>**ORDER VACATING 4/10/19 SETTLEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 27, 28 |

On October 22, 2018, the case was referred to the undersigned to conduct a settlement conference within 90 days. The settlement conference was ultimately continued to April 10, 2019. On March 20 and 21, the parties filed separate letters in which they indicated that they were not prepared to engage in a productive settlement conference. (Dkt. Nos. 27 & 28.) The parties did not, however, obtain an extension to complete the settlement conference from the presiding judge, so the settlement conference remained on calendar.

The parties' settlement conference statements were due by April 1, 2019. They did not lodge and email them as required by the undersigned's standing order. Accordingly, the April 10, 2019 settlement conference is VACATED. The parties are ordered to formally seek an extension of the ADR deadline from the district court, preferably by stipulation, so that a settlement conference may be scheduled at a date convenient to the undersigned.

IT IS SO ORDERED.

Dated: April 2, 2019

KANDIS A. WESTMORE
United States Magistrate Judge