```
DAVID LAZERSON
1001 S MAIN ST #5213
KALISPELL, MONTANA 59901
2132629761

Plaintiff In Pro Per
```

FILED

MAY 25 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

BY FAX

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAZERSON<br><br>  Plaintiff,<br><br>vs.<br>CALIBER HOME LOANS<br><br>  Defendant | Case No.: 4:18-CV-05563-JSW<br><br>OPPOSITION/REPLY TO MOTION TO INTERVENE.<br><br>Date: JUNE 2, 2023<br>COURT# 5 2ND FL JUDGE JEFFREY WHITE<br>9:00 AM |

## I. INTRODUCTION

Motion should not be granted as per Caliber Home Loans has continued to violate the Cares Act by failing to provide forbearance and credit reporting protections by continually trying to foreclose when it was direct violation of the CARES ACT.  See exhibit A ,

## II. LEGAL ARGUMENT

Plaintiff had already voluntarily dismissed this case and Defendant failed to remove previous lis pendens on property.  Now Defendant who tried to foreclose during a forberance and misreported a foreclosure on Plaintiff's credit report is simply trying to foreclose on property again without proper proceedings.

[REPLY TO] OPPOSITION TO MOTION FOR ORDER TO

1

1  as per the lis pendens is on record in Humboldt County and this court has no jurisdiction to rule.  As
2  per this case has already been dismssed, the lis pendens removal can be done on the county level,
3  and based on Caliber trying to foreclose during a forbearance and violating the Cares Act we are
4  skeptical of the intent especially by a court on a case that has already been dismissed.
   By:
5  Furthermore Federal Rule of Civil Procedure 11 provides that a district court may sanction attorneys or
6  parties who submit pleadings for an improper purpose or that contain frivolous arguments or arguments
7  that have no evidentiary support.   Here Defendant is asking the court to rule on a property that the
8  court has no authorit as per a new action has been brought against Defendant in Humboldt County Court
9  which their attorneys have been served.  See exhibits B-G

28  [REPLY TO] OPPOSITION TO MOTION FOR ORDER TO

## DECLARATION OF DAVID LAZERSON

I, DAVID LAZERSON, WAS the Plaintiff or in this matter, and I declare the following in support of my opposition/reply to opposition to Moving Party's motion TO INTERVENE

1. This case was already voluntarily dismissed, Defendant failed to properly remove Lis Pendens in Humboldt County CLERK. It has not impacted Defendant to foreclose they have simply violated the CARES ACT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

05/24/2023            By: _____

DAVID LAZERSON

[REPLY TO] OPPOSITION TO MOTION FOR ORDER TO

3