UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAZERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.,<br><br>    Defendant. | Case No. 18-cv-05563-JSW<br><br>**ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS**<br><br>Re: Dkt. No. 59 |

Now before the Court for consideration is the motion to expunge, filed by Intervenor NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing's ("Shellpoint"). The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion can be resolved without oral argument. See N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for October 27, 2023 and GRANTS the motion.

Shellpoint seeks an order expunging the Notice of Pendency of Action (the "*lis pendens*") which Plaintiff recorded on August 2, 2028 in the Humboldt Recorder's Office as Document No 2018-014189 in connection with this case. On November 4, 2019, the Court granted the parties' stipulation to dismiss this case, however Plaintiff never withdrew the *lis pendens*. Plaintiff filed a response to this motion, in which he states he has filed a new case in state court and filed two new *lis pendens* in connection with that case. Plaintiff does not oppose Shellpoint's request to expunge the earlier *lis pendens* and states he wants to ensure Shellpoint is not removing that case. (Dkt. Nos. 60-61.)

The Court GRANTS Shellpoint's motion and the *lis pendens* recorded on August 2, 2018 in the Humboldt County Recorder's Office as Document No 2018-014189 shall be expunged, and

Plaintiff shall record a Withdraw of the Lis Pendens recorded as Document No 2018-014189 by October 31, 2023.

This Order shall not be construed to address or impact any *lis pendens* recorded by Plaintiff after the *lis pendens* recorded on August 2, 2018.

**IT IS SO ORDERED**.

Dated: October 18, 2023

_____
JEFFREY S. WHITE
United States District Judge